**George R. MILLER,
Plaintiff-Respondent,**

v.

**Carol J. MILLER, Defendant-Appellant.**

**No. 49797.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1986.

Douglas R. Beach, Brian D. Winer, St. Louis, for defendant-appellant.

Allan H. Zerman, Clayton, for plaintiff-respondent.

## ORDER

PER CURIAM.

Former wife appeals from dissolution decree claiming trial court error in the credit-

ing of separate property and in the valuation of labor contributed by former husband. No precedential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).